# UNITED STATES COURT OF APPEALS
# FOR THE TENTH CIRCUIT

1. STATE OF OKLAHOMA,

2. KEVIN STITT, in his official capacity as Governor of Oklahoma,

3. OKLAHOMA DEPARTMENT OF MINES,

4. OKLAHOMA CONSERVATION COMMISSION,

    *Plaintiffs - Appellants*,

v.

1. UNITED STATES DEPARTMENT OF THE INTERIOR,

2. DEBRA A. HAALAND, in her official capacity as Secretary of the Interior,

3. OFFICE OF SURFACE MINING RECLAMATION AND ENFORCEMENT,

4. GLENDA OWENS, in her official capacity as Acting Director of the Office of Surface Mining Reclamation and Enforcement,

    *Defendants - Appellees*.

No. 23-6008
(W.D. Okla. No. 5:21-CV-719-F)

## **STIPULATION TO DISMISS**

Pursuant to Federal Rule of Appellate Procedure 42(b) and the agreement of the parties, the undersigned hereby stipulate that the above appeal be dismissed. Each party shall bear its own costs on appeal.

Respectfully submitted,

   s/Garry M. Gaskins, II
Garry M. Gaskins, II
  *Solicitor General*
Zach West
  *Director of Special Litigation*
Jennifer L. Lewis
  *Assistant Attorney General*
OKLAHOMA OFFICE OF THE ATTORNEY
  GENERAL
313 NE 21st Street
Oklahoma City, OK 73105
Phone: (405) 521-3921
Garry.Gaskins@oag.ok.gov

*Counsel for Plaintiffs*

   s/Andrew M. Bernie
Andrew M. Bernie
U.S. Department of Justice
Environment and Natural Resources Division
950 Pennsylvania Avenue NW
Washington, DC 20530
Phone: (202) 514-4010
Andrew.m.bernie@usdoj.gov

*Counsel for Defendants*

## CERTIFICATE OF DIGITAL SUBMISSION

All required privacy redactions have been made as required by 10th Cir. R. 25.5 and the ECF Manual. Additionally, this filing was scanned with Crowdstrike antivirus updated on May 18, 2023.

*s/ Garry M. Gaskins, II*
GARRY M. GASKINS, II

## CERTIFICATE OF SERVICE

I certify that on May 18, 2023, I caused the foregoing to be filed with this Court and served on all parties via the Court's CM/ECF filing system. No paper copies are required pursuant to 10th Cir. R. 27.2.

*s/ Garry M. Gaskins, II*
GARRY M. GASKINS, II
